# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-00408-GCM-DSC

| | |
|---|---|
| UNICARE LIFE & HEALTH INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| WENDY L. HOFFMAN, et. al., | ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice" (documents ## 3-5 [for Blaire A. Bruns, Robert Paul Debelak, III, and Thomas F.A. Hetherington]) filed July 22, 2013. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Graham C. Mullen.

**SO ORDERED**.

Signed: July 22, 2013

David S. Cayer
United States Magistrate Judge